# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAWVAN COOK, | |
|              Plaintiff, | Case No. 2:17-cv-00322-GMN-CWH |
| vs. | **ORDER** |
| ALBERTSON'S, | |
|              Defendant. | |

Plaintiff Jawvan Cook, who is an inmate in the custody of Three Lakes Valley Conservation Camp, submitted a civil complaint against Defendant Albertson's on January 27, 2017. (ECF No. 1-1). Plaintiff did not pay the full filing fee for this case or file an application to proceed *in forma pauperis*.

Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, Plaintiff must complete an application to proceed *in forma pauperis* and attach both an inmate account statement for the past six months and a properly executed financial certificate. The court will retain Plaintiff's complaint (ECF No. 1-1), but will not file it until the matter of the payment of the filing fee is resolved. Plaintiff will be granted an opportunity to file an application to proceed *in forma pauperis*, or in the alternative, to pay the full filing fee for this action.

IT IS THEREFORE ORDERED that the Clerk of the Court must send Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document titled "Information for Filing an Application to Proceed *In Forma Pauperis* by an Inmate Under 28 U.S.C. § 1915."

IT IS FURTHER ORDERED that within thirty days from the date of this order, Plaintiff must either: (1) file a complete application to proceed *in forma pauperis*, on the correct form with

complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for a civil action (which includes the $350 filing fee and the $50 administrative fee).  Plaintiff is advised that failure to comply with this order will result in a recommendation that his case be dismissed.

       IT IS FURTHER ORDERED that the Clerk of the Court must retain the complaint (ECF No. 1-1), but must not file it at this time.

DATED: February 6, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**