# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JAWVAN COOK, | |
| Plaintiff, | Case No. 2:17-cv-00322-GMN-CWH |
| vs. | **REPORT & RECOMMENDATION** |
| ALBERTSON'S, | |
| Defendant. | |

Plaintiff Jawvan Cook, who is an inmate in the custody of Three Lakes Valley Conservation Camp, submitted a civil complaint against Defendant Albertson's on January 27, 2017. (ECF No. 1-1). Plaintiff did not pay the full filing fee for this case or file an application to proceed *in forma pauperis*. On February 7, 2017, the court entered an order requiring Plaintiff to pay the filing fee or to file an application to proceed *in forma pauperis* within 30 days from the date of the court's order, which fell on March 9, 2017. (Order (ECF No. 3).) The order advised Plaintiff that failure to comply with the order would result in a recommendation that his case be dismissed. (*Id.*) More than 30 days have passed and Plaintiff has not taken any action in this case. Thus, it appears that Plaintiff has abandoned this csae.

IT IS THEREFORE RECOMMENDED that Plaintiff Jawvan Cook's case be dismissed without prejudice.

### NOTICE

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may

1 waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: March 15, 2017

_____
**C.W. Hoffman, Jr.
United States Magistrate Judge**